|   |   |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| **DISTRICT OF NEVADA** | |
| RICKIE HILL, | Case No.: 3:20-cv-00120-GMN-WGC |
| Plaintiff, | **Minute Order** |
| v. | Re: ECF No. 1-2 |
| DOUGLAS R. RANDS, et al., | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KAREN WALKER          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff, who is an inmate incarcerated within the Nevada Department of Corrections (NDOC), filed an application to proceed in forma pauperis and pro se civil rights complaint pursuant to 42 U.S.C. § 1983 on February 21, 2020. (ECF Nos. 1, 1-1.) These documents were accompanied by a motion for the defendants to answer the complaint within 21 days. (ECF No. 1-2.)

As Plaintiff is well aware, his complaint must be screened under 28 U.S.C. § 1915(e)(2)(A), (B)(i)-(iii) and 28 U.S.C. § 1915A. Both require the court to review and identify any cognizable claims or dismiss the complaint, or any portion of it, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks relief against a defendant who is immune from such relief. Service is not accomplished, if at all, until after the screening takes place. Plaintiff's

complaint is currently in line for screening. The defendants need not respond to the complaint until after it has been screened and service has been accepted if any claims are allowed to proceed. Therefore, Plaintiff's motion requiring a response to the complaint within 21 days (ECF No. 1-2) is **DENIED**. The Clerk shall electronically **SERVE** a copy of this Order on the Office of the Attorney General of the State of Nevada, by adding to the Attorney General of the State of Nevada to the docket sheet. This does not indicate acceptance of service.

**IT IS SO ORDERED**.

Dated: February 24, 2020.

DEBRA K. KEMPI, CLERK

By: _____/s/_____
  Deputy Clerk